IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | **4:12CR3137** | |
| vs. | | |
| OSCAR R. LOVELACE, | **MEMORANDUM AND ORDER** | |
| Defendant. | | |

IT IS ORDERED:

1)      The defendant's unopposed motion to continue the Rule 16 discovery deadline, (Filing No. 12), is granted.

2)      The deadline for exchanging Rule 16 discovery is extended to May 31, 2013.

3)      The Court further finds that the time between today's date and May 31, 2013 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

February 25, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge