IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSCAR R. LOVELACE,<br><br>    Defendant. | 4:12CR3137<br><br>ORDER |

  This matter is before the Court on plaintiff's motion for dismissal without prejudice (Filing No. 21) of the indictment against defendant OSCAR R. LOVELACE. The Court finds the motion should be granted.   Accordingly,

  IT IS ORDERED that the motion for dismissal is granted. The indictment against OSCAR R. LOVELACE is dismissed without prejudice.

  Dated this 11th day of June, 2014.

                BY THE COURT:

                *Richard G. Kopf*
                Senior United States District Judge